# EXHIBIT 1

**Diane Derenge**

| | |
|---|---|
| **From:** | Christina <Christina@legalnews.com> |
| **Sent:** | Monday, February 06, 2017 8:04 AM |
| **To:** | Devara Walton |
| **Subject:** | RE: Cancel publication / Sale 3/2/2017 - Calhoun County - BOA THOMPKEJASON |

**Cancelled the Pub**

**Pub – 214.90**
**Posting – 34.62**
**DLNP Coordination – 60.00**
**Publication Affidavit – 20.00**
**Posting Affidavit – 15.00**

**From:** Devara Walton [mailto:devarawalton@fabriziobrook.com]
**Sent:** Thursday, February 02, 2017 4:54 PM
**To:** Anna Graham; Christina
**Subject:** Cancel publication / Sale 3/2/2017 - Calhoun County - BOA THOMPKEJASON

*Hello,*

*This file is being closed and billed. Please cancel publication and sale scheduled for 3/2/2017. Upon receipt of this message please reply stating that you have received, supply publication invoice amount, and please submit cancelation invoice as soon as possible.*

*Thank You,*
*Devara Walton*
*Fabrizio & Brook, P.C.*
700 Tower Drive, Suite 510
Troy, MI 48098
(248) 362-2600
(248) 519-4126 (Direct)
Fax: (248) 269-8503

FABRIZIO & BROOK, P.C. IS THE CREDITOR'S ATTORNEY AND IS ATTEMPTING TO COLLECT A DEBT ON ITS BEHALF. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IMPORTANT: PRIVATE COMMUNICATION TO DESIGNATED RECIPIENT ONLY

This message is intended only for the use of the individual to whom it is addressed, and contains information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have