UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON C. THOMPKE, and
MELISSA J. THOMPKE,

       Plaintiffs,

v.

       Case Number 17-10369
       Honorable David M. Lawson

FABRIZIO & BROOK, P.C.,

       Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL

Based on the stipulation of the parties,

It is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to either party.

       s/David M. Lawson
       DAVID M. LAWSON
       United States District Judge

Dated:   March 13, 2018

Stipulated to by:

s/Brian P. Parker
Brian P. Parker
Law Offices of Brian P. Parker, P.C.
4301 Orchard Lake Road
Suite 180-208
West Bloomfield, MI 48323
248-342-9583
Fax: 248-659-1733
Email: Brianparker@collectionstopper.com
Attorney for the plaintiffs

s/Kathleen H. Klaus
Kathleen H. Klaus
Maddin, Hauser,
28400 Northwestern Highway
2nd Floor
Southfield, MI 48034
248-359-7520
Email: kklaus@maddinhauser.com
Attorney for the defendant

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 13, 2018.

s/Susan Pinkowski
SUSAN PINKOWSKI